

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-16-00383-CV

Style:  In re International Agencies Co., Ltd., Relator

Date motion filed[*]:  June 20, 2016

Type of motion:  Opposed First Motion to Extend Time for the Filing of Reply to Real

Parties in Interest, Winnie Stacey Al Wazzan and Jon Malone's

Responses to Writ of Mandamus

Party filing motion:  Relator International Agencies Co., Ltd.

Document to be filed:  Reply to Responses to Petition

Is appeal accelerated?  Yes (original proceeding).

If motion to extend time:

  Original due date:  N/A

  Number of extensions granted:  0  Current Due Date:  N/A

  Date Requested:  June 29, 2016

Ordered that motion is:

  ☑  Granted

      If document is to be filed, document due:  June 29, 2016.

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐ Other: _____

Judge's signature: _/s/ Laura Carter Higley
     ☒ Acting individually  ☐ Acting for the Court

Date: June 21, 2016